**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 17-cv-1991-WJM-STV

PET CHECK TECHNOLOGY, LLC

    Plaintiff,

v.

PETMETHOD, LLC,
PHILADELPHIA PET SERVICES, LLC,
RICHARD MILLER, and
JAMES DIXON,

    Defendants.

---

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO SETTLEMENT**

---

This matter comes before the Court on the Parties' Joint Motion for Dismissal with Prejudice Pursuant to Settlement, filed January 31, 2018 (ECF No. 25). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion for Dismissal is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 31st day of January, 2018.

BY THE COURT:

_____
William J. Martinez
United States District Judge